# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

USDC Northern District of California
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

*CR 08-83 PJH*

RE:     USA vs. JUAN ZARAGOZA
USDC No.:   2:08-MJ-00072-KJM

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated February 27, 2008, transmitted herewith are the following documents.

**Electronic Documents: 1 to 3.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

*FILED*
*MAR - 4 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**February 29, 2008**      /s/  K. Yin
_____
Deputy Clerk

RECEIVED BY: _____
Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____