JOSEPH P. RUSSONIELLO  (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-6401
   Fax:  (415) 436-6982
   E-Mail: nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>    v. )<br>JUAN ZARAGOZA, )<br>      Defendant. )<br>_____) | No. CR 08-0083 PJH<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

      The parties appeared before the Court on March 19, 2008 at 1:30 p.m.  Defendant Juan Zaragoza appeared in custody with attorney Roger Patton.  The United States was represented by Assistant U.S. Attorney Nicole M. Kim.  The parties requested a continuance of this case until May 21, 2008 at 1:30 p.m.  The parties agreed in open Court, with their attorney's concurrence, that the case is factually complex based on the multiple wiretaps with most of the wire interceptions in Spanish.  In addition, several thousands of pages of discovery have already been produced or in the process of being produced.  This discovery includes audio calls from the wire

**Speedy Trial Act Order**
**U.S. v. Juan Zaragoza (08-0083 PJH)**       1

interceptions as well as draft transcripts of the interceptions.  Accordingly, the parties agreed, the entire period from the inception of this case through and including May 21, 2008, should be excluded from the otherwise applicable Speedy Trial Act computation, because the factual complexity renders it unreasonable to expect adequate and effective preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act.

Based upon the above-described representations and the parties's agreement in open Court, the Court FINDS THAT the ends of justice served by granting a continuance from the inception of this case through and including May 21, 2008 outweigh the best interest of the public and the defendant in a speedy trial, and that the case is so factually complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect effective and adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

Accordingly, the Court ORDERS THAT:

1. This case is continued to May 21, 2008 at 1:30 p.m. for further status and for possible setting of motions and trial dates.

2. The period from the inception of this case through and including May 21, 2008 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

Dated: March 19, 2008

HON. PHYLLIS J. HAMILTON
United States District Judge

**Speedy Trial Act Order**
**U.S. v. Juan Zaragoza (08-0083 PJH)**     2