UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** March 19, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0083 PJH

**Case Name:** United States v. Juan Zaragoza (C)

**Attorney for Plaintiff:** Nicole Kim
**Attorney for Defendant:** Roger Patton

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Joan Columbini

**PROCEEDINGS**

Trial Setting-Held. Mr. Patton informs the court that he has been updated regarding how the case will proceed and has no disagreement. Time will be excluded as to Juan Zaragoza for the same reasons as all other defendants. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** May 21, 2008 at 1:30 p.m. for Status/Trial Setting .

---
**EXCLUDABLE DELAY:** Category   Begins 3/19/08 Ends 5/21/08
---

**cc:** chambers