JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California
    Telephone: (415) 436-6401
    Facsimile: (415) 436-6982
    E-Mail: nicole.kim@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0083 PJH |
|     Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER TO MODIFY BOND |
| JUAN ZARAGOZA, ) | |
|     Defendant. ) | |

    A bond hearing in the above-captioned case for defendant Juan Zaragoza was conducted on March 28, 2008. In that hearing, the defendant and the United States agreed that the conditions of the defendant's bond previously set by the Court on March 19, 2008 be modified as follows: (1) The properties to be posted are 9090 Chianti Circle, Stockton, California; 4136 Utica Court, Stockton, California; and 2323 Lever Boulevard, Stockton, California; and (2) the defendant shall post $11,000 in cash to compensate for the shortfall in equity available in the aforementioned three properties. The Government represents that it has received and reviewed the relevant documents in connection with the defendant's bond posting. The parties agree that a cash posting by the defendant of $10,678 sufficiently covers the shortfall in equity available in the aforementioned properties.

[Proposed] Order to Modify Bond                               1

Based upon the above-described representations and the parties' agreement in open Court and for good cause appearing, THE COURT HEREBY ORDERS THAT:

1. The conditions of the defendant's bond previously set by the Court on March 19, 2008 be modified to include a cash posting by defendant Juan ZARAGOZA of $10,678 to compensate for the shortfall in equity available in 9090 Chianti Circle, Stockton, California; 4136 Utica Court, Stockton, California; and 2323 Lever Boulevard, Stockton, California.

IT IS SO ORDERED.

_____
April __, 2008                    HON. JOSEPH C. SPERO
                                  UNITED STATES MAGISTRATE JUDGE

SO STIPULATED:

/s/ Nicole M. Kim
_____
April 21, 2008                    NICOLE M. KIM
                                  Assistant U.S. Attorney


/s/ Roger Patton
_____
April __, 2008                    ROGER PATTON
                                  Counsel for Defendant Juan Zaragoza

[Proposed] Order to Modify Bond                2