1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NICOLE M. KIM (NYBN 4435806)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California
      Telephone: (415) 436-6401
7     Facsimile: (415) 436-6982
      E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,        )   No. CR-08-0083 PJH
                                    )
14      Plaintiff,                  )
                                    )   [~~PROPOSED~~] ORDER TO MODIFY
15      v.                          )   BOND
                                    )
16 JUAN ZARAGOZA,                   )
                                    )
17      Defendant.                  )
   _____ )
18
          A bond hearing in the above-captioned case for defendant Juan Zaragoza was conducted
19
   on March 28, 2008. In that hearing, the defendant and the United States agreed that the
20
   conditions of the defendant's bond previously set by the Court on March 19, 2008 be modified as
21
   follows: (1) The properties to be posted are 9090 Chianti Circle, Stockton, California; 4136
22
   Utica Court, Stockton, California; and 2323 Lever Boulevard, Stockton, California; and (2) the
23
   defendant shall post $11,000 in cash to compensate for the shortfall in equity available in the
24
   aforementioned three properties. The Government represents that it has received and reviewed
25
   the relevant documents in connection with the defendant's bond posting. The parties agree that a
26
   cash posting by the defendant of $10,678 sufficiently covers the shortfall in equity available in
27
   the aforementioned properties.
28

[~~Proposed~~] Order to Modify Bond                1

Based upon the above-described representations and the parties' agreement in open Court and for good cause appearing, THE COURT HEREBY ORDERS THAT:

1. The conditions of the defendant's bond previously set by the Court on March 19, 2008 be modified to include a cash posting by defendant Juan ZARAGOZA of $10,678 to compensate for the shortfall in equity available in 9090 Chianti Circle, Stockton, California; 4136 Utica Court, Stockton, California; and 2323 Lever Boulevard, Stockton, California.

IT IS SO ORDERED.

April 22, 2008

HON.
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

SO STIPULATED:

/s/ Nicole M. Kim

April 21, 2008

NICOLE M. KIM
Assistant U.S. Attorney

/s/ Roger Patton

April __, 2008

ROGER PATTON
Counsel for Defendant Juan Zaragoza