Brian J. Petersen
PETERSEN LAW OFFICE
360 Ritch Street, Suite 201
San Francisco, CA 94107
Tel: (415) 777-3174
Fax: (415) 777-3175

Attorney for Defendant
JUAN ZARAGOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN ZARAGOZA,<br><br>Defendant. | Case No. CR.08-0083-PJH<br><br>STIPULATION AND ORDER TO RECONVEY PROPERTY [2323 Lever Boulevard, Stockton, CA ONLY]<br><br>Date: February 4, 2009<br>Time: 10:30 a.m.<br>Court: Hon. Joseph C. Spero |

Defendant herein on April 9, 2008 posted three different properties to secure his bond and release in this matter.[1]

The parties, through their respective attorneys of record, hereby STIPULATE that the Clerk of the Court may reconvey to (Manuel Zaragoza) and release its interest in ONLY the property at 2323 Lever Boulevard, Stockton, California 95206. No action is to be taken on the other two properties.

SO STIPULATED.

Date: February 4, 2009

_____
Brian J. Petersen
Attorney for Defendant
JUAN ZARAGOZA

---

[1] 9090 Chianti Circle, 4136 Utica Court, and 2323 Lever Boulevard, all in Stockton, California.

SO STIPULATED

Date: February 4, 2009


Nicole M. Kim
Assistant U.S. Attorney

SO ORDERED.

Date: February 4, 2009

Judge Joseph C. Spero